1900 M St NW, Suite 250 • Washington, D.C. 20036

*jeff@zwillgen.com*

Jeffrey Landis
(202) 706-5203

October 29, 2019

<u>Via Electronic Submission</u>
Honorable Colleen McMahon
United States District Judge
Chief U.S. District Judge
Daniel Patrick Moynihan
United States Courthouse, Courtroom 24A
500 Pearl St.
New York, NY 10007-1312

    Re:    <u>West v. The Action Network et al.</u>, Case No. 1:19-cv-09970

Dear Judge McMahon:

    I am counsel for The Action Network. Please be advised that we no longer wish to proceed with the above action that was initiated electronically on October 28, 2019 via the filing of a Notice of Removal (D.E. No. 1). As we were in the process of filing our Notice of Removal, we learned that Action Network had been served that same day in the state court action we intended to remove. Accordingly we are longer seeking removal and request that you close out this case. We were advised that the proper method to accomplish this was via letter. If there is an alternative method you would like us to use, or additional information you need, please let me know.

    We also, if possible, would like a refund of the $400 filing fee associated with the case opening. We apologize for the inconvenience.

                                        Respectfully submitted,

                                        <u>/s/ Jeffrey Landis</u>
                                        Jeffrey Landis